# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| CHRISTOPHER J. HIGGINBOTHAM | CIVIL ACTION NO. 09-00282 |
| VERSUS | JUDGE DOHERTY |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE METHVIN |

## *REPORT AND RECOMMENDATION*

On August 5, 2009, the Commissioner of Social Security filed a motion for an order reversing the final administrative decision of the Commissioner and remanding the instant action to the Commissioner for additional administrative action pursuant to the fourth sentence of Title 42 U.S.C. §405(g).  Plaintiff does not oppose the motion.

Considering the foregoing, it is my recommendation that the Commissioner's motion to enter final judgment reversing and remanding the administrative decision be granted.  Consistent with the motion by the Commissioner, it is further recommended that on remand for rehearing, the Commissioner be required to consider, *inter alia*, the recently discovered evidence regarding mental impairment that had been received, but not considered, in the decision by the Appeals Council.

Should the district judge agree with this recommendation, the judgment entered will be a "final judgment" for purposes of the Equal Access to Justice Act (EAJA).  Therefore, counsel is put on notice that any request for fees under EAJA must be made within thirty days of expiration of the period for appealing the judgment.  Shalala v. Schaefer, 113 S.Ct. 2625 (1993).

Under the provisions of 28 U.S.C. Section 636(b)(1)(C) and Rule 72(b), parties aggrieved by this recommendation have ten (10) business days from service of this report and

recommendation to file specific, written objections with the Clerk of Court.  A party may

respond to another party's objections within ten (10) days after being served with a copy of any

objections or responses to the district judge at the time of filing.

**Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within ten (10) days following the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.  See Douglass v. United Services Automobile Association, 79 F.3d 1415 (5th Cir.  1996).**

Signed at Lafayette, Louisiana, on August 12, 2009.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)