RECEIVED

APR 1 6 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| CHRISTOPHER J. HIGGINBOTHAM | CIVIL ACTION 09-282 |
| VERSUS | JUDGE DOHERTY |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is REVERSED and this matter is REMANDED to the Commissioner for consideration, inter alia, the recently discovered evidence regarding mental impairment that had been received, but not considered, in the decision by the Appeals Council.

Signed in Lafayette, Louisiana, this _____16_____ day of April, 2010.

JUDGE REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE